**'08 CIV 4493**

John P. Margiotta (JM 7356)
Michael Chiappetta (MC 7644)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York  10017
(212) 813-5900

*Attorneys for Plaintiff*

RECEIVED
MAY 14 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

TAG Heuer, S.A.,                                   :

                              Plaintiff,           :        Civil Action No.

                                                   :

        -against-                                  :

                                                   :        RULE 7.1 STATEMENT

                                                   :

Freha, Inc. d/b/a Diamonds &                       :
Dials and Adam Gindy                               :

                                                   :

                              Defendants.          :

-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for plaintiff, Tag Heuer, S.A., certifies that its ultimate corporate parent company, LVMH

S.A., is publicly held, and that no other publicly held entity owns 10% or more of Tag Heuer,

S.A.'s stock.

Dated:   New York, New York          FROSS ZELNICK LEHRMAN & ZISSU, P.C.
         May 13, 2008

                                     By:_____
                                          John P. Margiotta (JM 7356)
                                          Michael Chiappetta (MC 7644)
                                     866 United Nations Plaza
                                     New York, New York  10017
                                     (212) 813-5900

                                     *Attorneys for Plaintiff*

{F0288804.1 }