UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

TAG HEUER, S.A.,

               Plaintiff,

v.

FREHA, INC. d/b/a DIAMONDS & DIALS and
ADAM GINDY,

               Defendants.

08 CV 4493 (DLC)(HP)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants that:

1. The deadline for Defendants to answer or move against the Complaint is extended until June 18, 2008; and,
2. Defendants agree not to sell Tag Heuer products during this time period.

Dated: June 2, 2008

FROSS ZELNICK LEHRMAN
& ZISSOU, P.C.

_[signature]_
John P. Margiotta, Esq.
Michael Chiappetta, Esq.
866 United Nation Plaza
New York, New York 10017
(212) 813-5900
*Attorneys for Plaintiffs*

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_[signature]_
Nancy E. Wolff, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474
*Attorneys for Defendants*

SO ORDERED

_[signature]_
U.S.D.J.
June 9, 2008