

| | | |
|---|---|---|
| COWAN | 41 MADISON AVENUE | NANCY E. WOLFF |
| DEBAETS | NEW YORK, NY 10010 | 212 974 7474 ext 1940 |
| ABRAHAMS & | t: 212 974 7474 | nwolff@cdas.com |
| SHEPPARD LLP | f: 212 974 8474 | |
| | www.cdas.com | |

June 18, 2008

FREDERICK P. BIMBLER
TOBY M.J. BUTTERFIELD
AL J. DANIEL, JR.•
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGLE
J. STEPHEN SHEPPARD
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF +

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN *
ALEXIS N. MUELLER
M. KILBURG REEDY
MASON A. WEISZ *

OF COUNSEL:
ANNE C. BAKER
ANDREA F. CANNISTRACI
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER

SPECIAL COUNSEL:
SUSAN H. BODINE

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

* ALSO ADMITTED IN NJ
♦ ALSO ADMITTED IN CA
● ALSO ADMITTED IN AR & DC
+ ALSO ADMITTED IN GA & PA

**VIA HAND DELIVERY**

Hon. Denise L. Cote, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



**MEMO ENDORSED**

Re: **TAG Heuer, S.A. v. Freha, Inc. d/b/a Diamonds & Dials and Adam Gindy**
   **Docket No. 08 cv 4493 (DLC)**

Dear Judge Cote:

We represent defendants in the above-referenced action. We write with plaintiff's consent to request an adjournment of the Initial Pretrial Conference scheduled for June 27, 2007 at 10:00 a.m. This is the first request.

We request an adjournment because our office will be closed on June 27 for a firm-wide engagement, and neither I nor any of my colleagues are available to appear on that date. As the following Friday is a holiday, we respectfully request that the Conference be adjourned until July 11, 2008. Counsel for plaintiff and defendants are available at any time on that date.

We thank the Court for its consideration.

Respectfully,

*Nancy E. Wolff*
Nancy E. Wolff

cc: Michael Chiappetta, Esq. (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

*Conference is adjourned to July 18 at 9:00.*

*Denise Cote*
*June 18, 2008*