UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAG HEUER, S.A.,

                       Plaintiff,                        Civil Action No. 08 CV 4493 (DC)

   -against-

                                                      **STIPULATION OF DISMISSAL**

FREHA, INC., d/b/a DIAMONDS & DIALS
and ADAM GINDY,

                     Defendants.
------------------------------------------------------------x

The Parties to this matter, having resolved all claims asserted in this action, hereby stipulate, by and through their counsel, to a dismissal with prejudice of this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.


COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
41 Madison Avenue
New York, New York 10010

Attorneys for Defendants

By: _____
    Nancy Wolff (NW 7805)

Dated: New York, New York
        August 8, 2008


FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

Attorneys for Plaintiff

By: _____
    Michael Chiappetta (MC 7644)

Dated: New York, New York
        August 8, 2008


**SO ORDERED:**

_____

{F0329553.1 }