UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TAG HEUER, S.A.,

                Plaintiff,

-against-

FREHA, INC., d/b/a DIAMONDS & DIALS
and ADAM GINDY,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

Civil Action No. 08 CV 4493 (DC)

**STIPULATION OF DISMISSAL**

The Parties to this matter, having resolved all claims asserted in this action, hereby stipulate, by and through their counsel, to a dismissal with prejudice of this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
41 Madison Avenue
New York, New York 10010

Attorneys for Defendants

By: _____
    Nancy Wolff (NW 7805)

Dated: New York, New York
        August 8, 2008

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

Attorneys for Plaintiff

By: _____
    Michael Chiappetta (MC 7644)

Dated: New York, New York
        August 8, 2008

**SO ORDERED:**

_____
August 18, 2008

{P0329553.1}